| | | |
|---|---|---|
| Frank Scaduto<br>202.719.3479<br>fscaduto@wiley.law | SO ORDERED.<br>Date: November 8, 2023<br><br>*[signature]*<br>LEWIS J. LIMAN<br>United States District Judge | **wiley**<br><br>Wiley Rein LLP<br>2050 M Street NW<br>Washington, DC 20036<br>Tel: 202.719.7000<br><br>wiley.law |

November 8, 2023

**BY ECF**

Honorable Lewis J. Liman
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom 15C
New York, NY 10007-1312

Re:   *Karmagreen, LLC. v. Super Chill CBD Products and Rajinder S. Singh*,
       Case No. 1:23-cv-06073-LJL

Dear Judge Liman:

This firm is counsel for Plaintiff Karmagreen, LLC.

We are writing to provide a status update regarding the above-referenced litigation, and to request that the Court cancel the Initial Pretrial Conference scheduled for November 20, 2023 [Dkt. 17].

Because no defendant has appeared before this Court, the clerk entered a Certificate of Default on August 23, 2023 [Dkt. 16]. Plaintiff intends to move for default judgment pursuant to Your Honor's Individual Practices on or before December 11, 2023.

Pursuant to Your Honor's Individual Practices, Plaintiff notes that there is no counsel of record for the Defendants and Plaintiff has not previously requested any adjournments. Individual Practices 1.C., 1.D.

Sincerely,

*[signature]*
Frank Scaduto