UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KARMAGREEN, LLC,

Plaintiff,

-against-

SUPER CHILL CBD PRODUCTS ET AL.,

Defendant.

23 CIVIL 6073 (LJL)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Memorandum & Order dated March 29, 2024, the motion for a default judgment is GRANTED.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:**
**Deputy Clerk**